## WILFORD v. KIMBERLY.

An agreement to accept something besides money, in satisfaction of a note for money only, does not make it appealable.

ACTION on note for £101 money only and witnessed by two witnesses. To which the defendant plead in bar in the County Court, that at the date and execution of said note, it was agreed, that the defendant should procure a deed of certain

lands in Wildersburgh, and the plaintiff would accept it in payment and satisfaction of said note.

The defendant moved for and was allowed an appeal by the County Court. And now the plaintiff plead in abatement of the appeal; that said note was vouched by two witnesses, and was for money only.

Judgment — Plea in abatement sufficient. The plea sets forth an agreement to give and receive a deed of land in Wildersburgh in satisfaction of said note in lieu of the money, but that doth not alter the note, which is for money only.